JP:TM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M-09-643

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    against -

MIGUEL GEORGE,

        Defendants.

- - - - - - - - - - - - - - - - - -X

REMOVAL TO THE SOUTHERN
DISTRICT OF FLORIDA

(Fed. R. Crim. P. 5(c))

EASTERN DISTRICT OF NEW YORK, SS:

        JOSEPH PITRUZZELLO, being duly sworn, deposes and says that he is a Deputy Marshal with the United States Marshals Service, duly appointed according to law and acting as such.

        Upon information and belief, on April 28, 2009, an arrest warrant was issued by the United States District Court for the Southern District of Florida, commanding the arrest of the defendant MIGUEL GEORGE for a violation of supervised release, pursuant to Title 18, United States Code, Section 3583.

        The source of your deponent's information and the grounds for his belief are as follows:

        1.   On April 28, 2009, an arrest warrant was issued by the United States District Court for the Southern District of Florida, commanding the arrest of MIGUEL GEORGE for a violation of supervised release. A copy of the arrest warrant from the Southern District of Florida and a copy of the petition for the arrest warrant are attached hereto as Exhibit A. Specifically, the petition charges the defendant with (1) failing to notify the

2

probation office of his change in residence when, on or about April 17, 2009, he moved from his approved residence of 11430 NW 76 Terrace, Doral, Florida; and (2) failing to notify the probation office of a change in employment when, on or about March 2009, he left his job with Keologistics, 8510 NW 72nd Street, Miami Florida.

  2. On June 30, 2009 the aforementioned outstanding bench warrant for MIGUEL GEORGE was brought to my attention in the course of my duties as a member of the U.S. Marshals Warrant Squad. On or about June 30, 2009, the New York City Police Department received information that a man who was wanted in Florida by the U.S. Marshals was currently in New York City. An NYPD detective then located the defendant, and the defendant identified himself as MIGUEL GEORGE. The detective then looked up the name that the defendant provided in a law enforcement database, and the database indicated that MIGUEL GEORGE was wanted out of the Southern District of Florida. The NYPD then notified the U.S. Marshals Service and the defendant was taken into federal custody. The defendant MIGUEL GEORGE told me that he was on probation on the Southern District of Florida and that he had violated his probation. GEORGE also indicated that his probation officer was Cora Bencomo.[1]

---

[1] It appears that, after the Arrest Warrant in this case was issued, the defendant was charged in Florida state court with raping his step-daughter in Miami, Florida. Law enforcement databases indicate that the state of Florida has issued a warrant for an arrest on this charge. A copy of the printout from the database is attached hereto as Exhibit B.

4. It is the desire of the United States Attorney for the Southern District of Florida that the defendant MIGUEL GEORGE be removed in custody to that district for prosecution.

WHEREFORE, it is requested that the defendant MIGUEL GEORGE be dealt with according to law.

X _____
JOSEPH PITRUZZELLO
Deputy United States Marshal
United States Marshals Service

Sworn to before me this
1st day of July, 2009

GE

# Exhibit A

PROB 19n

SD/FL PACTS No. 86681

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:05CR20775-001

FIO # 1078621

U.S.A. vs MIGUEL GEORGE

TO: ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | | SEX | RACE | AGE |
|---|---|---|---|---|
| MIGUEL GEORGE | 64557-004 | M | W/H | 37 |

ADDRESS (STREET, CITY, STATE)
L/K/A 11430 NW 76 Terrace, Miami, FL 33178  *PRESENT WHEREABOUTS IS UNKNOWN*

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable Donald M. Middlebrooks | May 25, 2006 |

TO BE BROUGHT BEFORE (NAME OF COURT, CITY STATE)
The Honorable Donald M. Middlebrooks, U.S. District Court, Miami Division

"Upon the arrest of the defendant, he is to be brought before the Duty Magistrate ONLY for purposes of advising him/her on the charges against him/her and for appointment of counsel, if appropriate. All other matters, including bond, will be held before Judge Middlebrook."

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Steven M. Larimore | [signature] | 4/28/09 |

## RETURN

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| Warrant received and executed. | | |

EXECUTING AGENCY (NAME AND ADDRESS)

| NAME | (BY) | DATE |
|---|---|---|
| | | |

[1] Insert designation of officer to whom the warrant is issued e.g. "any United States Marshal or any other authorized officer;" or United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No 86681

REC'D by _____ D.C.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

APR 2 8 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

### CASE NO. 1:05CR20775-001

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: GEORGE, Miguel

Name of Sentencing Judicial Officer: The Honorable Donald M. Middlebrooks, United States District Judge, Miami Division

Date of Original Sentence: May 25, 2006

Original Offense: Conspiracy to Possess With Intent to Distribute One Kilogram or More of Heroin, 21 U.S.C §846, a Class A felony

Original Sentence: Custody of the Bureau of Prisons for 70 months, followed by three (3) years supervised release The following special conditions were imposed: (1) The defendant shall participate in an approved treatment program for drug and/or alcohol abuse and abide by all supplemental conditions of treatment; and (2) The defendant shall submit to a search of his person or property conducted in a reasonable time by the U S Probation Officer

July 12, 2007: Pursuant to a Rule 35 motion, the defendant's sentence was reduced to 38 months, and all previously imposed conditions shall remain in full force and effect

Type of Supervision: Supervised Release         Date Supervision Commenced: December 21, 2006

Assistant U.S Attorney:
**Yvonne Rodriguez-Schack**
99 N E 4th Street
Miami, FL 33132
305-961-9014

Defense Attorney:
**Stephen J. Golembe**
2601 South Bayshore Drive
SBS Tower-Suite 1400
Coconut Grove, FL 33133
305-858-0404

## PETITIONING THE COURT

[X] To issue a warrant
[] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C
(SD/FL 3/05)

SD/FL PACTS No. 86681

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. On or about April 17, 2009, the defendant moved from his approved residence of 11430 NW 76 Terrace, Doral, Florida, and his whereabouts is unknown. |
| 2. | **Violation of Standard Condition**, by failing to notify the probation office of a change in employment. On or about March 2009, the defendant left employment with Keologistics, 8510 NW 72th Street, Miami, Florida, and he failed to notify the probation office |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be revoked.
[ ] extended for _ years, for a total term of _ years.
[ ] The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 27, 2009

Cora Bencomo
U.S. Probation Officer
Phone: 305-512-1834

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

Signature of Judicial Officer

4/28/09
Date

# Exhibit B

The following information must be secured or destroyed to prevent any unauthorized use or dissemination of it.

The following transaction was entered on 7/1/2009 11:32:33 AM by user HACKETTG :

```
1N010907011132330093.FLUCP037G.QWI
NAM/GEORGE, MIGUEL.DOB/19720112.SEX/M.RAC/W.PUR/C.IND/Y.ATN/GARRY HACKETT.
(reason: 86681, ARRESTED ON FUGITIVE WARRANT IN NEW YORK (FOR CORA BENCOMO))
```

The following response was received from NCIC on 7/1/2009 11:32:47 AM:

```
1L010907011132330093
FLUCP037G

***MESSAGE KEY QWI SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
MKE/WANTED PERSON
1 - FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/FL0130000 NAM/GE0RGE,MIGUEL LABRAD0R SEX/M RAC/W DOB/19720112
HGT/511 WGT/180 EYE/BR0 HAI/BLK FBI/439932LB2
SOC/583933039
OFF/SEX OFFENSE
DOW/20090428 OCA/F09014098
VLD/20090604
MIS/AW REF SEX BATT/0N MIN0R/ADT, ENGAGE/CHILD FAM SEX, L&L CHILD <12/DEF 18>,
MIS/L&L M0L CHLD 12-16, WARRANTS BUREAU PH 305-471-1700, F0R HIT C0NFIRMATI0N
MIS/C0NTACT 0RI FL0130007, Q309049
DNA/N
ADD/01 - RESIDENCE (LAST KNOWN) DDA/20090428
SNU/11430 SNA/NW 76 TERR
CTY/D0RAL STA/FL ZIP/33178
COU/MIAMI DADE
ORI IS MIAMI DADE POLICE DEPARTMENT 305 471-2070
NIC/W026423295 DTE/20090429 0515 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI

MKE/WANTED PERSON
1 - FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/VAUSM0000 NAM/GE0RGE,MIGUEL SEX/M RAC/W POB/CC DOB/19720112
HGT/511 WGT/197 EYE/BR0 HAI/BR0 FBI/439932LB2
MNU/0A-FL04947946 SOC/583933039
OLN/G620540720120 OLS/FL OLY/2017
OFF/PROB VIOLATION - SEE MIS
OOC/HEROIN
DOW/20090428 OCA/0041078621
WNO/090405062774D
MIS/ORG CHG/C0NSPIRACY AND PWID HER0IN/PH202-3079100
DNA/N
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
MNU/AR-025408866
NIC/W016463000 DTE/20090506 0940 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
```

(ATLAS queue 0)

The following response (#2) was received from III on 7/1/2009 11:32:47 AM:

```
7L010907011132 33093
FLUCP037G
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/GEORGE,MIGUEL SEX/M RAC/W DOB/19720112 PUR/C
NAME                           FBI NO.          INQUIRY DATE
GEORGE,MIGUEL                  439932LB2        2009/07/01

SEX RACE BIRTH DATE   HEIGHT WEIGHT EYES HAIR PHOTO
M   W    1972/01/12   511    172    BRO  BRO  Y

BIRTH PLACE
CUBA

FINGERPRINT CLASS         PATTERN CLASS
                          WU WU WU WU WU WU WU WU WU LS
                                      RS


ALIAS NAMES
GEORGE,MIGUEL L

SOCIAL SECURITY   MISC NUMBERS
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       AR-025408866

IDENTIFICATION DATA UPDATED 2009/06/30

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 FLORIDA          - STATE ID/FL04947946
 FBI              - FBI/439932LB2

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END
(ATLAS Port 3973)
```

The preceding information must be secured or destroyed to prevent any unauthorized use or dissemination of it.

```
DATE: 07/01/2009    CRIMINAL JUSTICE INFORMATION SYSTEM         CJSMRCDQ
TIME: 11:25             CASE INQUIRY        LINK:

CSE: F09014098  IDS: 0837023 CIN:      POL: PD090416167702 JLN:
STATE CSE: 132009CF0140980001XX FILE LOC: 34 WARR CABINET    BOX#
DEFENDANT: GEORGE              MIGUEL    LABRADOR
  ADDRESS: 11430 NW 76 TERRACE      DORAL      FL 33178
   DOB: 01/12/1972 RACE: W  SEX: M  ARRST/CIT:     ARR:
   EYES: BRO    HEIGHT: 511      FILED: 04/28/2009  TRIAL:
   HAIR: BLK    WEIGHT: 180      INFO: 05/15/2009  CLOSED:
   JUDGE: BARZEE FLORES         MARY        BOOKED:
   SECTION: F019  COL:              SPEEDY EXP:
ATTORNEY:                  ATTY TYPE:   JMP:
WARRANT: ARREST WARRANT   ISSUED: 04/28/2009 ARR/CIT-OFCR: 030 - 019 01495
COURTROOM:   LOCATION:   FUTURE HEARING:      TYPE: OTH HRG N
ASSOCIATED CASE NUMBERS:              TRAFFIC CASE:
  CHARGES      I D DESCRIPTION    DISPOSITION     DATE   PL TL
  794.011(2)     F C SEX BAT/ON MINOR/AD
  794.011(8)(B)  F 1 ENGAGE/CHILD FAM SE
  800.04(5)(B)   F L L&L CHLD<12/DEF 18>
PRINT: N   PRINTER:            PF11 CUSQ   PFK:
PF1 HELP PF2 EXIT PF3 PM PF4 REFRESH PF6 PRS INQ PF8 PF PF9 ++CHRGS PF10 BKGS

RDQI-RP-6, ADDITIONAL DATA MAY BE AVAILABLE, PRESS PF9 TO VIEW.
```

```
DATE: 07/01/2009    CRIMINAL JUSTICE INFORMATION SYSTEM         CJSMRCDQ
TIME: 11:25              CASE INQUIRY        LINK:

CSE: F09014098  IDS: 0837023 CIN:    POL: PD090416167702 JLN:
STATE CSE: 132009CF0140980001XX FILE LOC: 34 WARR CABINET    BOX#
DEFENDANT: GEORGE             MIGUEL      LABRADOR
  ADDRESS: 11430 NW 76 TERRACE      DORAL       FL 33178
   DOB: 01/12/1972 RACE: W  SEX: M  ARRST/CIT:      ARR:
  EYES: BRO    HEIGHT: 511       FILED: 04/28/2009  TRIAL:
  HAIR: BLK    WEIGHT: 180       INFO: 05/15/2009  CLOSED:
  JUDGE: BARZEE FLORES            MARY        BOOKED:
SECTION: F019  COL:              SPEEDY EXP:
ATTORNEY:                        ATTY TYPE:    JMP:
WARRANT: ARREST WARRANT    ISSUED: 04/28/2009 ARR/CIT-OFCR: 030-019 01495
COURTROOM:   LOCATION:   FUTURE HEARING:       TYPE: OTH HRG N
ASSOCIATED CASE NUMBERS:              TRAFFIC CASE:
  CHARGES     I D DESCRIPTION     DISPOSITION     DATE   PL TL
  800 04(5)(C)2   F 2 L&L MOL CHLD 12-16


PRINT: N   PRINTER:                 PF11 CUSQ    PFK:
PF1 HELP PF2 EXIT PF3 PM PF4 REFRESH PF6 PRS INQ PF8 PF PF9 ++CHRGS PF10 BKGS

RDQI-RP-5, END OF DATA, PRESS PF9 TO REVIEW
```